No. 604. THE MERRIMACK RIVER SAVINGS BANK, AP-
PELLANT, *v.* THE CITY OF CLAY CENTER, KANSAS, ET AL.
Appeal from the Circuit Court of the United States for
the District of Kansas. Submitted October 17, 1910. De-
cided October 24, 1910. Dismissed with costs. No fur-
ther opinion will be delivered. *Mr. D. R. Hite* and *Mr.*

*C. C. Coleman* for appellant. *Mr. A. A. Godard* and *Mr. F. B. Dawes* for appellees.